**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CR-20193-MARTINEZ/SANCHEZ**
18 U.S.C. § 871(a)
18 U.S.C. § 875(c)
18 U.S.C. § 981(a)(1)(C)

**UNITED STATES OF AMERICA**

vs.

**NATHANIEL SANDERS II,**
a/k/a "WHITE BOY NATE / @ovrth3rnbw"
a/k/a "Shredder / @badassnate83"
a/k/a "THE REAL POTUS / @s3norphantom,"

        **Defendant.**

_____/

FILED BY_____BM_____D.C.

**May 14, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**Threats Against the President**
**(18 U.S.C. § 871(a))**

On or about January 28, 2026, in Miami-Dade County, in the Southern District of Florida,

and elsewhere, the defendant,

**NATHANIEL SANDERS II,**
a/k/a "WHITE BOY NATE / @ovrth3rnbw"
a/k/a "Shredder / @badassnate83"
a/k/a "THE REAL POTUS / @s3norphantom,"

did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon the

President of the United States, in that he stated in a series of social media posts, "Imma bomb the

fucking White House you fucking pedophile" and "I  mean it," in violation of Title 18, United

States Code, Section 871(a).

## COUNT 2
### Threats Against the President
### (18 U.S.C. § 871(a))

On or about April 10, 2026, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### NATHANIEL SANDERS II,
### a/k/a "WHITE BOY NATE / @ovrth3rnbw"
### a/k/a "Shredder / @badassnate83"
### a/k/a "THE REAL POTUS / @s3norphantom,"

did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon the President of the United States, in that he stated in a social media post, "Your fake husband gotta be the biggest pedophile in the fucking world bro. I don't know what to do Melania, like, all I got is a gun. It's the only thing I can use now is a gun," in violation of Title 18, United States Code, Section 871(a).

## COUNT 3
### Threats Against the President
### (18 U.S.C. § 871(a))

On or about April 17, 2026, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### NATHANIEL SANDERS II,
### a/k/a "WHITE BOY NATE / @ovrth3rnbw"
### a/k/a "Shredder / @badassnate83"
### a/k/a "THE REAL POTUS / @s3norphantom,"

did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon the President of the United States, in that he stated in a social media post, "You fatass orange pedophile ass pervert, when I see you - imma stomp your fucking head in imma step on your throat and I'm going to kill you in the worst fucking way. You're not a fucking president you a pedophile

## COUNT 4
### Transmitting Threats Through Interstate Communications
### (18 U.S.C. § 875(c))

On or about April 10, 2026, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**NATHANIEL SANDERS II,**
**a/k/a "WHITE BOY NATE / @ovrth3rnbw"**
**a/k/a "Shredder / @badassnate83"**
**a/k/a "THE REAL POTUS / @s3norphantom,"**

did knowingly transmit in interstate commerce any communication containing a threat to injure the person of another, that is, M.R., in that in a video posted on the social media platform Instagram sent through the internet, the defendant stated, "One thing about it Marco, bitch, yo no tengo miedo de nadie (translation from Spanish to English: "I'm not scared of anyone") because we all fucking bleed bitch. Like a lot of people be forgetting they bleed just like everybody else. Like when I get my hands on him, I'm gonna hurt him. Simple as that," with the intent to make a threat, with the knowledge that the communication would be viewed as a threat, and with reckless disregard as to the substantial risk that others would regard the communication as a threat, in violation of Title 18, United States Code, Section 875(c).

<u>**COUNT 5**</u>
**Transmitting Threats Through Interstate Communications**
**(18 U.S.C. § 875(c))**

On or about April 19, 2026, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**NATHANIEL SANDERS II,**
**a/k/a "WHITE BOY NATE / @ovrth3rnbw"**
**a/k/a "Shredder / @badassnate83"**
**a/k/a "THE REAL POTUS / @s3norphantom,"**

did knowingly transmit in interstate commerce any communication containing a threat to injure the person of another, that is, P.B., in that in a video posted on the social media platform Instagram sent through the internet, the defendant stated, "Y'all know I'm crazy, that's why them motherfuckers in DC are scared of me bitch. Because Pam, when I see you bitch, imma put my foot in your fucking cunt, you stupid hoe, and imma wear you like a boot. You pedophile ass bitch. Imma kill all y'all pedophiles. I don't give a fuck y'all. Bitch, keep playing with me hoe. Imma kill you," with the intent to make a threat, with the knowledge that the communication would be viewed as a threat, and with reckless disregard as to the substantial risk that others would regard the communication as a threat, in violation of Title 18, United States Code, Section 875(c).

**FORFEITURE ALLEGATIONS**

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **NATHANIEL SANDERS II, a/k/a "WHITE BOY NATE / @ovrth3rnbw" a/k/a "Shredder /@badassnate83" a/k/a "THE REAL POTUS @s3norphantom,"** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 875(c), as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or

personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

_____ FOR
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
JUSTIN MECKLER SILVERBERG
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**CASE NO.:** __26-CR-20193-MARTINEZ/SANCHEZ__

v.

NATHANIEL SANDERS II,

**CERTIFICATE OF TRIAL ATTORNEY**

_____ /
Defendant.

**Superseding Case Information:**

New Defendant(s) (Yes or No)_____

**Court Division** (select one)

Number of New Defendants _____

☑ Miami   ☐ Key West   ☐ FTP
☐ FTL    ☐ WPB

Total number of new counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No____
   List language and/or dialect:_____

4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I   ☑ 0 to 5 days
   II  ☐ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)

   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No____
   If yes, Judge_____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes____
   If yes, Judge Enjoliqué A. Lett_____ Magistrate Case No.1:26-mj-02772-Lett_____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No____
   If yes, Judge_____ Case No._____
9. Defendant(s) in federal custody as of 5/2/2026_____
10. Defendant(s) in state custody as of n/a_____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No____
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No____
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No____
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No____
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No____

By: _____

Justin Meckler Silverberg
Assistant United States Attorney
SDFL Court ID No.   A5503409

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: Nathaniel Sanders II

**Case No**: _____

Counts #: 1–3

Threats Against the President

Title 18, United States Code, Section 871(a)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:**  $250,000

Count #: 4–5

Transmitting Threat Through Interstate Communications

Title 18, United States Code, Section 875(c)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:**  $250,000

**\*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**