**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE No. 26-CR-20193-JEM**

**UNITED STATES OF AMERICA**

**v.**

**NATHANIEL SANDERS II,**

**Defendant.**
_____________________________________/

## UNITED STATES' NOTICE OF REASSIGNMENT

The undersigned Assistant United States Attorney hereby provides notice of his reassignment as counsel of record for the United States of America in this action. Prior counsel, Assistant United States Attorney, Justin Silverberg, is no longer counsel of record.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/Daniel J. Olinghouse*
Daniel J. Olinghouse
Assistant United States Attorney
U.S.D.C. No. A5503500
99 Northeast Fourth Street, 6th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9168
E-Mail: daniel.olinghouse2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 9, 2026, the undersigned electronically filed the foregoing document, United States' Notice of Reassignment, with the Clerk of the Court using CM/ECF.

*/s/Daniel J. Olinghouse*
Daniel J. Olinghouse
Assistant United States Attorney